

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00188-CV

| | | |
|---|---|---|
| CL III Funding Holding Company, LLC, Appellant | § | On Appeal from the 352nd District Court |
| | § | of Tarrant County (352-293713-17) |
| v. | | |
| | § | October 27, 2022 |
| Steelhead Midstream Partners, LLC; Strategic Energy Income Fund III, LP; Eagleridge Energy II, LLC; and Eagleridge Midstream, LLC, Appellees | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a judgment that appellees take nothing.

It is further ordered that Steelhead Midstream Partners, LLC, Strategic Energy Income Fund II, LP, Eagleridge Energy II, LLC, and Eagleridge Midstream LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
        Chief Justice Bonnie Sudderth